UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLUMBERS AND STEAMFITTERS LOCAL 60 PENSION PLAN; and its Administrator, RANDY ROVIRA** | CIVIL ACTION NO.: 2:19-cv-00150 |
| | JUDGE: |
| Plaintiff | MAGISTRATE: |
| VERSUS | |
| A H GUTHANS COMPANY, INC.; AHG SERVICES, INC.; ANTHONY GUTHANS, JR | |
| Defendant | |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, the Plumbers and Steamfitters Local 60 Pension Plan, and its Administrator, Randy Rovira, who respectfully allege the following:

### NATURE OF THE CLAIM

1.

This action is commenced to collect withdrawal liability in the amount of $395,104.00, as determined under Section 4201 of ERISA, 29 U.S.C. §1381, and other monetary relief pursuant to Sections 502(g)(2) and 4301(e) of ERISA, 29 U.S.C. §§1132(g)(2) and 1451(e), incurred by AH Guthans Company, Inc. ("AH Guthans") and the controlled group entities defined herein.

2.

AH Guthans and its controlled group entities incurred the withdrawal liability when when AH Guthans effected a complete withdrawal from the Plumbers and Steamfitters Local 60 Pension Plan ("The Plan"), during the 2016-2017 Plan year.

**JURISDICTION AND VENUE**

3.

Jurisdiction is conferred on this court by ERISA Sections 502(a)(3), (e)(1) and (f), and 4301(c), 29 U.S.C. §§1132(a)(3), (e)(1) and (f), and 1451(c), and by the provisions of 28 U.S.C. § 1331, relating to any civil action or proceeding arising under the laws of the United States.

4.

Venue is proper in this court pursuant to Sections 502(e)(2) and 4301(d) of ERISA, 29 U.S.C. §§1132(e)(2) and 1451(d), because the Plan is administered in Metairie, Louisiana and is located at 3515 I-10 Service Road, Metairie, Louisiana, 70002.

5.

In accordance with Section 4301(g) of ERISA, 29 U.S.C. §1451(g), Plaintiffs will serve the Pension Benefits Guaranty Corporation ("PBGC") with a copy of this Complaint.

**PARTIES**

6.

The Plan is a multiemployer pension plan within the meaning of Sections 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. §§1002(37) and 1301(a)(3), and an "employee pension benefit plan" within the meaning of Sections 3(2)(A) and (3) of ERISA, 29 U.S.C. §§1002(2)(A) and (3), established and maintained for the purpose of providing retirement and related benefits to eligible participants and beneficiaries, and subject to the withdrawal liability provisions of ERISA.

7.

Plaintiff Randy Rovira is the Administrator of the Plan and a fiduciary of the Plan within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. § 1002(21)(A). The Plan is administered at 3515 I-10 Service Road, Metairie, Louisiana, 70002 under the direction of the Board of Trustees of the Fund.

8.

Pursuant to Sections 502(a)(3) and 4301(a)(1) of ERISA, 29 U.S.C. § 1132(a)(3), the Plaintiffs are authorized to bring this action on behalf of the Plan, its participants and its beneficiaries.

9.

Defendant, AH Guthans Company, Inc. is a Louisiana corporation. It has been, at all times relevant hereto, has been an employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. § 1002(5). It has, at all material times, been engaged as a contractor or subcontractor in the industry of plumbing and pipefitting work and, as such, has been, and continues to be, an employer in an "industry affecting commerce" as defined in § 3(12) of ERISA, and 29 U.S.C. § 1002 (12). AH Guthans' principal place of business is located at 2225 Piedmont St., Kenner, Louisiana. AH Guthans may be served by delivering a copy of the summons to its registered agent for service of process, Anthony Guthans, Jr., 2225 Piedmont St., Kenner, Louisiana 70062.

10.

Defendant AHG Services, LLC ("AHG"), is a Louisiana limited liability company. Upon information and belief, AHG has, at all material times, been engaged as a contractor or subcontractor in the industry of plumbing and pipefitting work and has been and continues to be under the common control, and therefore within the controlled group, of AH Guthans. AHG's principal place of business is located at 2225 Piedmont St., Kenner, Louisiana. AHG may be served by delivering a copy of the summons to its registered agent for service of process, Douglas Guthans, 2225 Piedmont St., Kenner, Louisiana 70062.

11.

Defendant, Anthony Guthans, Jr., a domiciliary of Jefferson Parish, is a principal and to the best knowledge and belief of the Plaintiffs, the sole or controlling owner of AH Guthans Company, Inc. Anthony Guthans, Jr. has exercised control over the contributions due each Plaintiff, which are Plan assets of each Plaintiff. He may be served at his address 2714 Independence Street, Suite 100, Metairie, Louisiana 70006.

12.

Upon information and belief, no party to this action has filed for protection under the U.S. Bankruptcy Code during the time in which the action arose or thereafter.

**VIOLATION OF ERISA**

13.

Paragraphs 1 through 11 of this Complaint are re-alleged as though fully set forth herein.

14.

AH Guthans was a signatory employer to a Collective Bargaining Agreement with Plumbers & Steamfitters Local Union No. 60 ("Local 60"), which bound AH Guthans to pay monthly contributions to the Pension Fund, among other funds, on behalf of employees covered under the Plan.

15.

The Collective Bargaining Agreement between AH Guthans and Local 60 was terminated on or about September 30, 2016, following a dispute regarding delinquent fringe benefit contributions.

16.

Subsequently, on or about October 1, 2016, AH Guthans effected a complete withdrawal from the Fund, as that phrase is defined in ERISA § 4203(a), 29 U.S.C. 1383(a), during the Plan Year 2016-2017. The complete withdrawal occurred because a company within AH Guthans's "controlled group," AHG Services, LLC, continues to operate and compete within the industry in the jurisdiction of the Plan.

17.

Pursuant to ERISA § 4202, 29 U.S.C. § 1382, AH Guthans's complete withdrawal from the Plan resulted in it and its "controlled group" entity, AHG, becoming liable to the Fund for AH Guthans's *pro rata* share of unfunded vested benefits ("Withdrawal Liability"), which was calculated to be $395,104.00. (Exhibit A, Withdrawal Liability Assessment).

18.

Under ERISA §3, 29 U.S.C. §1002(37)(B), "all trades or businesses (whether or not incorporated) which are under common control within the meaning of section 1301(b)(1) of this title are considered a single employer."

19.

Under ERISA § 4001(b)(1), 29 U.S.C. § 1301(b)(1), "under regulations prescribed by the corporation [Pension Benefit Guaranty Corporation], all employees of trades or businesses (whether or not incorporated) which are under common control shall be treated as employed by a single employer and all such trades and businesses as a single employer."

20.

Upon information and belief, AHG and AH Guthans have at all times been and continue to be under the common control of AH Guthans and Anthony Guthans, Jr.

21.

Anthony Guthans, Jr., the owner and Director of AH Guthans Company, Inc., personally filed the Articles of Organization and the Limited Liability Company Initial Report for AHG Services, LLC on or about on or about December 2, 2004. (Exhibit H, State of Louisiana Business Filings for AHG Services, LLC).

22.

Anthony Guthans, Jr. remained the sole Member of AHG until October 4, 2012, at which time Douglas Guthans, Anthony Guthans, Jr.'s son, was added as a Member of AHG and Anthony Guthans Jr. was removed. (Exhibit H).

23.

Upon information and belief, both AH Guthans and AHG share and/or previously shared a domiciliary address of 2225 Piedmont Street, Kenner, LA 70062. (Exhibit I, Louisiana Business Filings for AH Guthans.)

24.

Upon information and belief, AH Guthans and AHG employ and/or have employed the same workers and share and/or have shared equipment utilized in the performance of work covered under the jurisdiction of the Plan.

25.

Upon information and belief, AHG was and continues to be performing mechanical construction and/or plumbing work within the jurisdiction of the Plan.

26.

On March 19, 2018, the Plan, by way of letter to AH Guthans, demanded payment of the withdrawal liability, which was computed at $395,104.00, payable in four (4) quarterly payments of $86,783.60 with the final payment in the amount of $51,867.16 due on July 1, 2019. (Exhibit B, Guthans WL Notice).

27.

On April 25, 2018, Anthony Guthans personally requested review of the withdrawal liability assessment, pursuant to ERISA § 4219, 29 U.S.C. § 1399. (Exhibit C, Guthans WL Dispute Letter).

28.

In response to the request for review, the Trustees provided requested plan documents on or about May 23, 2018. (Exhibit D, Administrator Response).

29.

On or about July 25, 2018, the Trustees provided via U.S. Mail and Certified U.S. Mail notification of default in accordance with ERISA § 4219(c)(3)(5)(A), 29 U.S.C. § 1399(c)(3)(5)(A). The notification stated that the Trustees would accelerate the withdrawal liability payment schedule and pursue litigation of the matter if the default was not cured by September 23, 2018. (Exhibit E, 60 Day Notice).

30.

On September 24, 2018, AH Guthans, through counsel, corresponded with Plaintiffs disputing the withdrawal liability assessment on the grounds that AH Guthans had ceased operations and thus had not completely withdrawn under ERISA, and stating its intention to cooperate and provide additional information needed to resolve the issue. (Exhibit F, Guthans Letter).

31.

On October 11, 2018, Plaintiffs responded to the September 24, 2018 letter stating that because AHG appears to be under the common control of AH Guthans, AHG is therefore therefore within AH Guthans's "controlled group" and requesting information regarding the

ownership and control of the "controlled group" entities. (Exhibit G, Guthans Letter Response).

32.

Plaintiffs have received no response to their October 11, 2018 request for information.

33.

The Trustees have fully complied with all procedural prerequisites established by ERISA, including providing the required notice of withdrawal liability under ERISA § 4019, 29 USC § 1399 and responding to Anthony Guthans's request for review under ERISA § 4219, 29 USC § 1399.

34.

The date for AH Guthans to make its initial withdrawal liability payment was July 1, 2018; when payment was not received the Trustees issued a notice of default in accordance with ERISA § 4219, 29 USC § 1399.

35.

ERISA 4219(C), 29 USC 1399(C) establishes a "pay now, dispute later scheme," notwithstanding any dispute.

36.

AH Guthans and AHG is in default of the withdrawal liability obligations, and accordingly the Trustees are exercising their right under ERISA 4219, 29 USC 1399 to accelerate the withdrawal liability amount and file a complaint in federal district court.

37.

ERISA § 4221, 29 USC 1401 provides that any dispute between an employer and a plan sponsor of a multiemployer plan concerning an assessment of withdrawal liability must be resolved through arbitration.

38.

The time period to initiate arbitration to dispute withdrawal liability is within a 60-day period after the earlier of the date of notification to the employer of the assessment or 120 days after the employer request for review.

39.

The time period for AH Guthans to initiate arbitration has passed, as AH Guthans did not initiate with 180 days of making its initial request for review on April 19, 2018.

**WHEREFORE**, the Plaintiffs Funds pray that this Court deem the Complaint sufficient and, after a trial on the merits, find for the Plaintiffs Funds, granting the following relief:

1. Assume jurisdiction over this matter pursuant to 29 U.S.C. §§1132(a)(3), (e)(1) and (f), and 1451(c);
2. Enter an Order declaring AH Guthans Company, Inc. liable for the assessed withdrawal liability;
3. Enter an Order declaring AHG Services, Inc., to be within the controlled group of AH Guthans Company, Inc.
4. Enter an Order for judgment in favor of Plaintiffs and against AH Guthans Company, Inc. and AHG Services, LLC in an amount equal to the assessed withdrawal liability (i.e., $395,104), plus interest and liquidated damages;
5. Enter an Order directing AH Guthans Company, Inc. and AHG Services, LLC to pay to plaintiffs all reasonable attorneys' fees, expenses and the costs of research, investigation, initiation, maintenance and prosecution of this claim; and
6. Award plaintiffs such other and further relief as may be just, necessary and proper.

Respectfully submitted,

**ROBEIN, URANN,**
**SPENCER, PICARD & CANGEMI, APLC**

**/s/      Laura Cline**
Louis L. Robein (LA Bar No. 11307)
Laura Cline (LA Bar No. 37074)
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002

Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: lrobein@ruspclaw.com
lcline@ruspclaw.com

*Attorneys for the Plumbers and Steamfitters Local 60 Pension Fund et al.*

Please Serve:

| | |
|---|---|
| AH GUTHANS COMPANY, INC.<br>through its Registered Agent:<br>Anthony Guthans, Jr.<br>225 Piedmont Street<br>Kenner, LA 70062 | BRENT J. CARBO<br>Musgrave, McLachlan & Penn, L.L.C.<br>1515 Poydras Street<br>Suite 2380<br>New Orleans, LA 70112 |
| ANTHONY GUTHANS, JR.<br>2714 Independence Street, Suite 100<br>Metairie, LA 70006 | AHG Services, LLC<br>through its Registered Agent:<br>Douglas A. Guthans<br>225 Piedmont Street<br>Kenner, LA 70062 |

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Amended Complaint has been served by certified mail, as required by Section 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C.§1132(h) this 9th day of January 2019 on the following:

| | |
|---|---|
| Steven T. Mnuchin | Alexander Acosta, Secretary of Labor |
| Secretary of the Treasury | U.S. Department of Labor |
| 15th and Pennsylvania Avenue, N.W. | 200 Constitution Avenue, N.W. |
| Washington, DC  20220 | Washington, DC 20002 |